# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LACV 10-02874 JAK (OPx) | Date | May 5, 2011 |
| Title | Eric Baylis v. Guillermo Topete, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 4, 2011, defendants electronically filed "Notice of Settlement" [49]. The Final Pretrial Conference set for September 12, 2011 and the Jury Trial set for September 27, 2011 are vacated. The Court sets an Order to Show Cause re Dismissal on **June 20, 2011 at 1:30 p.m.** If the parties file a dismissal by June 20, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

: 

Initials of Preparer  ak