John M. Porter, State Bar No. 62427
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909/387-1130 main; 909/381-7164 direct
Facsimile: 909/387-1138
E-mail: PORTER@LBBSLAW.COM

Christopher D. Lockwood, State Bar No. 110853
**ARIAS & LOCKWOOD**
225 West Hospitality Lane, Suite 314
San Bernardino, California 92408
Telephone: 909/890-0125
Facsimile: 909/890-0185
E-mail: CHRISTOPHER.LOCKWOOD@ARIASLOCKWOOD.COM

Attorneys for Defendants, Guillermo Topete, Trent Tully, Michael Gil, Timothy Needle, Jordan Kelley, Edgar Reyes, and Richard Martinez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BAYLIS, AN INDIVIDUAL, | CASE NO. CV-10-02874 JAK (OPx) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| GUILLERMO TOPETE, TRENT TULLY, RICHARD MARTINEZ, MICHAEL GIL, TIMOTHY NEEDLES, JORDAN KELLY, EDGAR REYES, OFFICERS OF THE RIVERSIDE COUNTY SHERIFF IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES; DOES 1-2, | JS-6 |
| Defendants. | |

Based upon the Stipulation of the parties,

**IT IS ORDERED** that this entire action is dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

DATED: June 8, 2011

_____
Hon. Jonathan A. Kronstadt
United States District Judge